The Law Offices of Jacob Aronauer<br>
225 Broadway, 3rd Floor<br>
New York, New York 10007<br>
(212) 323-6980<br>
jaronauer@aronauerlaw.com

May 8, 2022

**Via ECF**
Hon. Lewis J. Liman
United States Courthouse
500 Pearl Street.
New York, NY 10007

   Re: Hosseini v. Miilkiina et al.
      22-cv-01459 (LJ)

Dear Judge Liman:

  This office represents Plaintiff in the above captioned matter. Plaintiff requests to adjourn the initial case conference scheduled for May 19, 2022.

  The basis for the request is that Defendants have defaulted. Plaintiff further requests that the Court order Plaintiff to provide the default judgment papers by July 1, 2022.

  On behalf of my client, I appreciate the Court's consideration.

Respectfully,

*/s Jacob Aronauer*
Jacob Aronauer
*Attorney for Plaintiff*

---

The request is GRANTED. The conference scheduled for May 19, 2022 is ADJOURNED. The deadline for Plaintiff's motion for default judgment is July 1, 2022. A default judgment hearing is scheduled for August 26, 2022 at 2:00 p.m. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101. The deadline for responsive papers by Defendants is August 19, 2022. Plaintiff is directed to serve a copy of this Order on Defendants.

5/9/22

SO ORDERED.

*[signature]*
LEWIS J. LIMAN
United States District Judge