```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
MARYAM DAVANI HOSSEINI,                                            :
                                                                   :
                        Plaintiff,                                 :
                                                                   :        22-cv-1459 (LJL)
        -v-                                                        :
                                                                   :           ORDER
MIILKIINA LLC and NADIA AZMY,                                      :
                                                                   :
                        Defendants.                                :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/09/2022

LEWIS J. LIMAN, United States District Judge:

The Court granted Plaintiff's request to extend the time to file her default judgment papers to August 16, 2022.  Dkt. No. 31.

Accordingly, the deadline for responsive papers by Defendants is September 6, 2022.

In addition, the default judgment hearing scheduled for August 26, 2022 is ADJOURNED to September 13, 2022 at 3:30 p.m.  Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

Plaintiff is directed to serve a copy of this Order on Defendants and to file proof of service on the docket by August 16, 2022.


        SO ORDERED.


Dated: August 9, 2022                           _____
       New York, New York                              LEWIS J. LIMAN
                                                   United States District Judge