UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
MARYAM DAVANI HOSSEINI, :
:
Plaintiff, :
: 22-cv-1459 (LJL)
-v- :
: JUDGMENT
MIILKIINA LLC and NADIA AZMY, :
:
Defendants. :
:
---------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/2/2023

LEWIS J. LIMAN, United States District Judge:

    It is hereby ORDERED, ADJUDGED, AND DECREED:  That the plaintiff has judgment in the sum of $163,046.70 against the defendants, jointly and severally, and $275,567.38 against Miilkiina LLC.

    SO ORDERED.

Dated: November 2, 2023
       New York, New York

                                                    LEWIS J. LIMAN
                                            United States District Judge

_____      _____
         Clerk of Court                                            BY: Deputy Clerk